UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

**GINA M. ALONGI,** *as she is Administrator,*
*Int'l Union of Operating Engineers Local 4 Health*
*and Welfare, Pension, Annuity and Savings Funds,*
*Labor-Management Cooperation Trust, and Hoisting*
*and Portable Engineers Local 4 Apprentice and*
*Training Fund;* and **INTERNATIONAL UNION**
**OF OPERATING ENGINEERS NATIONAL**
**TRAINING FUND,**
     Plaintiffs,

    v.                                                                              Civil Action No. 1:19-cv-12593-IT

**SJ BLAIR EXCAVATION LLC,**
     **Defendant.**

_____

**NOTICE OF DEFAULT**

**TALWANI, D.J.**

     Upon application of the Plaintiff for an order of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against **Defendant SJ Blair Excavation LLC,** for failure to answer or otherwise respond to the Complaint filed by the Plaintiff, notice is hereby given that **Defendant SJ Blair Excavation LLC has been defaulted on this 12th day of March 2020.**

                                                               ROBERT FARRELL, CLERK,
                                                               By: /s/ Danielle Kelly
                                                                Deputy Clerk

**Notice Mailed To:**
SJ Blair Excavation LLC
887 Haverhill Street
Rowley, MA 01969